UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80647-CIV-SMITH

OLD JAMESTOWN STORAGE LLC,
and RIGSBY STORAGE LLC,

    Plaintiffs,

v.

CAPITAL MAX GROUP, LLC, et al.,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Defendant's Motion to Dismiss [DE 46]. No objections have been filed. In his thorough and well-reasoned Report and Recommendation [DE 26], Magistrate Judge Bruce E. Reinhart recommends that Defendant's Motion to Dismiss [DE 13] be granted in part and denied in part.

The Court has considered Judge Reinhart's Report and Recommendation, and seen no objections thereto, and conducted a de novo review.  Accordingly, Judge Reinhart's Report and Recommendation is **AFFIRMED** and **ADOPTED** as the Order of this Court.

    **ORDERED** that:

1. Defendant's Motion to Dismiss [DE 13] is **GRANTED in part and DENIED in part**.

   a. Defendant's Motion to Dismiss as to Counts I and III is **GRANTED**.

   b. Defendant's Motion to Dismiss as to Count II is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 12th day of January, 2026.

cc:    Counsel of record

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE